# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

LAURA JENNINGS,              )
                                           )
                      Plaintiff,     )
                                           )
            vs.                   )     Case No. 1:14-cv-498-TWP-TAB
                                           )
TOM VILASCA, SECRETARY US     )
DEPARTMENT OF AGRICULTURE,   )
                                           )
                     Defendants.   )

## Entry Discussing Request to Proceed on Appeal *In Forma Pauperis*

The plaintiff seeks leave to proceed on appeal without prepayment of the appellate fees of $505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*.

There is no objectively reasonable argument the plaintiff could present to argue that the ruling dismissing the plaintiff's complaint was erroneous. In pursuing an appeal, therefore, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, this appeal is not taken in good faith, and for this reason her request for leave to proceed on appeal *in forma pauperis* [dkt 7] is **denied.**

**IT IS SO ORDERED.**

Date: _06/11/2014_

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Laura A. Jennings
POB 118178
Indianapolis, IN 46218